WHEELER, SPURCK & WHEELER, APPELLEES, v. W. D. MOORE ET AL., APPELLANTS.

FILED MARCH 7, 1907. No. 14,701.

APPEAL from the district court for Nuckolls county: LESLIE G. HURD, JUDGE. *Affirmed.*

*R. D. Sutherland* and *S. W. Christy,* for appellants.

*H. H. Mauck* and *G. W. Stubbs, contra.*

AMES, C.

This is an action in forcible detainer by lessors against lessees to recover possession of the demised premises as from tenants holding over their term after forfeiture for the nonpayment of rent. The facts are recited in full in the opinion in the preceding case between the same parties, *ante,* p. 484, and their repetition here is therefore uncalled for. The district court on appeal affirmed a judgment by a justice's court for the plaintiffs, and the defendants appealed to this court.

We recommend that the judgment of the district court be also affirmed.

OLDHAM and EPPERSON, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, it is ordered that the judgment of the district court be

AFFIRMED.